UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 3:12-CR-128(3) RM |
| | ) | |
| ALVIN BLADE, III | ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on March 19, 2013 [Doc. No. 97]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Alvin Blade's plea of guilty, and FINDS the defendant guilty of Count 3 the Indictment, in violation of 18 U.S.C. § 924(c).

SO ORDERED.

ENTERED:  April 11, 2013

/s/ Robert L. Miller, Jr.
Judge
United States District Court