UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

UNITED STATES OF AMERICA    )
                            )
            vs.             )        Case No. 3:12-CR-128(6) RLM
                            )
BRISON K. WILLIAMS          )

ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on April 9, 2013 [Doc. No. 111]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Brison Williams' plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 1962(c).

SO ORDERED.

ENTERED:   April 29, 2013

                            /s/ Robert L. Miller, Jr.
                        Judge
                        United States District Court