UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Case No. 3:12-CR-128(2) RLM |
| ) | |
| TIMOTHY WHITFIELD ) | |

### ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on May 3, 2013 [Doc. No. 137]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Timothy Whitfield's plea of guilty, and FINDS the defendant guilty of Counts 1 and 4 of the Indictment, in violation of 18 U.S.C. § 1962(c) and 18 U.S.C. § 924(c).

SO ORDERED.

ENTERED:  May 28, 2013

/s/ Robert L. Miller, Jr.
Judge
United States District Court