UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Case No. 3:12-CR-128(7) RLM |
| | ) | |
| RICKEY HEMPHILL | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on May 3, 2013 [Doc. No. 134]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Rickey Hemphill's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 1962(c).

SO ORDERED.

ENTERED:   May 28, 2013

/s/ Robert L. Miller, Jr.
Judge
United States District Court